Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELE RUE, | Case No.: 3:24-CV-04576-CRB |
| Plaintiff, | **Order Permitting Remote Appearance to Settlement Conference** |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; JEFFERSON CAPITAL SYSTEMS, LLC; and DOES 1 through 10 inclusive, | Date: February 18, 2025<br>Time: 10:00 a.m.<br><br>The Hon. Lisa J. Cisneros |
| Defendants. | |

Pursuant to the parties stipulation the Court hereby orders that counsel and their clients may appear at the February 18, 2025, settlement conference remotely by Zoom.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date:  January 15, 2025                    _____
                                            United States Court Judge

1
Order Permitting Remote Appearance to Settlement Conference