Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELE RUE,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; JEFFERSON CAPITAL SYSTEMS, LLC; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 3:24-CV-04576-CRB<br><br>**Stipulation for Dismissal of Entire Case With Prejudice** : ORDER |

   Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the undersigned parties hereby stipulate to dismiss this action with prejudice. Each party to bear its own fees and costs.

DATED: March 27, 2025         __s/ Jeremy S. Golden_____
                              Jeremy S. Golden
                              Attorney for Plaintiff

| | |
|---|---|
| 1    DATED: March 27, 2025 |    __s/ Pavel Ekmekchyan_____ |
| 2 | Pavel Ekmekchyan |
| 3 | Attorney for Defendant Cellco Partnership |

DATED: March 27, 2025          __s/ Kenneth A. Ohashi_____
Kenneth A. Ohashi
Attorney for Defendant Jefferson Capital Systems, LLC

## **ATTESTATION**

I, Jeremy S. Golden, attest that each of the signatories have concurred in the filing of this document. Executed on March 27, 2025, in Chula Vista, CA,

                ___s/ Jeremy S. Golden_____
Jeremy S. Golden
Attorney for Plaintiff

1  Jeremy S. Golden, Esq. (SBN 228007)
2  Golden & Cardona-Loya, LLP
3  3130 Bonita Road, Suite 200B
   Chula Vista, CA 91910
4  jeremy@goldencardona.com
   Phone: 619-476-0030; Fax: 775-898-5471
5  Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GISELE RUE,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; JEFFERSON CAPITAL SYSTEMS, LLC; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 3:24-CV-04576-CRB<br><br>**ORDER DIS   ISSIN    ENTIRE ACTION WITH PRE   UDICE** |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED

DATE: __March 28, 2025__        BY: _____
                                    UNITED STATES DISTRICT JUDGE